**07 C 7248**

# EXHIBIT A

**JUDGE CONLON**
**MAGISTRATE JUDGE ASHMAN**

**Education Finance Partners**®



✓ Lock in a *low, fixed* rate
✓ Get a decision *instantly*
✓ Prevent your interest rate from rising

Renee R Meyer
REDACTED
Spring Grove IL  60081-9007

Dear Renee,

Are you struggling with multiple, high interest, private education loan payments? Wish you could lock in a low fixed interest rate and prevent your rising variable interest rate from ever going up again?

Now you can! Consolidate **all** your private education loans into **one** loan with the Education Finance Partners Private Consolidation Loan. And, best of all, it could take as little as 5 minutes!

### Lock in a low, fixed rate!

A private consolidation loan from Education Finance Partners, gives you the ability to reduce your high, non-federal, student loan payments because it helps you turn all your private loans into one simple loan – with one, low, fixed interest rate. That means one consistent rate over the life of your loan! And, you can get a decision instantly.

Visit **EducationFinancePartners.com/one** to apply online or call, **1.866.876.9180** (M-F, 8am - 9pm, EST), and speak with one of our knowledgeable Private Loan Advisors.

But don't put it off any longer – because the sooner you consolidate your private education loans, the sooner you can enjoy the ease of one payment, with one low, fixed rate!

Sincerely,

*Cindy McGovern*

Cindy McGovern
Director of Loan Programs

P.S.  Five minutes from now, you could be on your way to **one private education loan with one low, fixed rate!**
Visit **EducationFinancePartners.com/one** and get a decision *instantly*. What are you waiting for?

You can choose to stop receiving "prescreened" offers of credit by calling, toll-free, 1-888-5-OPT-OUT (1-888-567-8688). See PRESCREEEN & OPT-OUT NOTICE on other side for more information about prescreened offers.

PRESCREEN & OPT-OUT NOTICE: This "prescreened" offer of credit is based on information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you do not meet our criteria. You have the right to prohibit information contained in your file with any consumer reporting agency from being used in connection with any credit transaction that is not intended by you. If you do not want to receive prescreened offers of credit from this or any other companies, call toll free 1-888-567-8688, Equifax Options, P.O. Box 740123 Atlanta, GA 30374, Experian Information Systems, Inc., P.O. Box 919, Allen, TX 75013, Trans Union Opt Out Request, P.O. Box 505, Woodlyn, PA 19094-0505 or by calling 1-888-5OPTOUT.



If you have more than one private education loan, then you should consider the Education Finance Partners Private Consolidation Loan.

- **Fixed interest rates mean one consistent rate over the life of the loan**
- **Flexible repayment options**
- **$0 fees**
- **0.25% interest rate discount for automatic payments**[1]
- **Defer payments if you continue your education**

Apply today and get an *instant* decision!

**EducationFinancePartners.com/one or call 1-866-876-9180** (M-F, 8am – 9pm, EST)

[1] 0.25% interest rate discount is granted when the borrower's payments are automatically deducted from a savings or checking account.

Education Finance **Partners**®

BK-C



## Is a private consolidation loan right for you?

- ☐ Do you have at least $7,500 in outstanding, private education loans?
- ☐ Want to prevent your interest rate from ever rising?
- ☐ Would you like repayment terms of up to 30-years?
- ☐ Can you spend 5 minutes to get an instant loan decision?

*If you checked "yes" to these 4 questions, then an Education Finance Partners Private Consolidation Loan may be the solution for you!*

*This loan gives you the flexibility to lock in a fixed rate on all of your private education loans.*

**Apply today and get an *instant* decision!**

**EducationFinancePartners.com/one
or call 1-866-876-9180** (M-F, 8am – 9pm, EST)



Education Finance Partners

PCLBS_2366_1107