**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
DECEMBER 27, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07 C 7248

In the Matter of　　　　　　　　　　　　　　　　　Case Number:
RENEE MEYER, et al.
v.
EDUCATION FINANCE PARTNERS, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF RENEE MEYER

JUDGE CONLON
MAGISTRATE JUDGE ASHMAN

| | |
|---|---|
| NAME (Type or print) ALEX HAGELI | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Alex Hageli | |
| FIRM LAW OFFICE OF ALEX M. HAGELI | |
| STREET ADDRESS 435 S CLEVELAND AVENUE, SUITE 306 | |
| CITY/STATE/ZIP ARLINGTON HEIGHTS, IL 60005 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6272337 | TELEPHONE NUMBER 847-392-4832 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓　NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐　NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐　NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐　APPOINTED COUNSEL ☐ | |