# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7248 | **DATE** | 1/28/2008 |
| **CASE TITLE** | MEYER vs. EDUCATION FINANCE PARTNERS, INC. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Status hearing continued to February 27, 2008 @ 9:00 a.m. All counsel shall be present. Parties shall comply with FRCP 26(a)(1) by February 27, 2008. Plaintiff shall notify opposing counsel of set dates in writing.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|