# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7248 | **DATE** | 2/8/2008 |
| **CASE TITLE** | MEYER vs. EDUCATION FINANCE PARTNERS, INC. | | |

**DOCKET ENTRY TEXT**

On the courts own motion status hearing set on February 27, 2008 is reset on February 29, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|