IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **RENEE MEYER,** | ) | |
| on behalf of herself and all others similarly situated, | ) ) ) | Case No. 07 C 7248 |
| Plaintiff, | ) ) | Judge Conlon |
| vs. | ) ) | Magistrate Judge Ashman |
| EDUCATION FINANCE PARTNERS, INC. | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COME the Parties, by and through their respective counsel, and hereby advise the Court that they have entered into a settlement agreement to resolve this matter and will be filing a Stipulation to Dismiss this action with prejudice and without costs within the next 21 days.

DATED: February 21, 2008             Respectfully submitted,

s/ Alex Hageli                                         s/ Bart T. Murphy
Alex Hageli                                            Bart T. Murphy #6181178
LAW OFFICE OF ALEX M. HAGELI      ICE MILLER, LLP
435 South Cleveland Avenue, Suite 306    2300 Cabot Drive, Suite 455
Arlington Heights, IL  60005             Lisle, IL  60532
(847) 392-4832                         (630) 955-6392

**ATTORNEY FOR PLAINTIFF**            **ATTORNEY FOR DEFENDANT**

2

**CERTIFICATE OF SERVICE**

I hereby certify, on this 21st day of February, 2008, I caused the foregoing **Notice of Settlement** to be filed electronically, and served same, by electronic service, upon the following counsel:

Bart Murphy
ICE MILLER, LLP
2300 Cabot Drive, Suite 455
Lisle, IL  60532
(630) 955-6392

　　　　　　　　　　　　　　　　　　　　　　　　s/ Alex Hageli