IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RENEE MEYER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EDUCATION FINANCE PARTNERS, INC. )<br>)<br>Defendant. ) | No. 07 CV 7248<br>Judge Conlon |

## STIPULATION TO DISMISS WITH PREJUDICE

NOW COME the Parties, by and through their respective counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice and without costs. In that no class has been certified, this dismissal does not affect the claims of the putative class.

Respectfully submitted,

**Plaintiff**
**RENEE MEYER**

s/Alex Hageli
Law Office of Alex M. Hageli
425 South Cleland Ave., Ste. 406
Arlington Heights, IL 60005
847-392-4832

**Defendant**
**EDUCATION FINANCE PARTNERS, INC.**

s/Bart T. Murphy
Bart T. Murphy #6181178
Ice Miller, LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
630-955-6392

## CERTIFICATE OF SERVICE

I hereby certify, on this 25th day of February, 2008, I caused the foregoing **Stipulation to Dismiss with Prejudice** to be filed electronically, and served same, by electronic service, upon the following counsel:

Bart Murphy
ICE MILLER, LLP
2300 Cabot Drive, Suite 455
Lisle, IL 60532
(630) 955-6392

                s/ Alex Hageli