# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7248 | **DATE** | 2/29/2008 |
| **CASE TITLE** | MEYER vs. EDUCATION FINANCE PARTNERS, INC. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Case called twice for status hearing. Counsels' failure to appear is noted and the case is dismissed for want of prosecution

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|